[Nos. 33159-4-II; 33261-2-II. Division Two. August 11, 2006.]

THE CITY OF BREMERTON, *Respondent*, v. WILLIAM SESKO ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Kitsap County, Nos. 97-2-01748-5 and 97-2-01749-3, M. Karlynn Haberly and Craddock D. Verser, JJ., entered April 8 and May 6, 2005. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 33196-9-II. Division Two. August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE EDWIN JASPER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00039-0, Jill M. Johanson, J., entered April 22, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Penoyar, JJ.

[No. 33248-5-II. Division Two. August 11, 2006.]

JUDITH A. YOUNG, *Respondent*, v. JAMES M. YOUNG ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-2-00937-4, Gary Tabor, J., entered August 11, 2005. *Reversed* by unpublished opinion per Van Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 33253-1-II. Division Two. August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON J. SHAHAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 04-1-00391-4, F. Mark McCauley and David E Foscue, JJ., entered April 27, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Penoyar, JJ.